## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELIJAH WEIR,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 20-CV-6317** |
| | : | |
| **DAVID J. NAPIORSKI, ESQ.,** | : | |
| **Defendant.** | : | |

## ORDER

AND NOW, this 14th day of January, 2021, upon consideration of Elijah Weir's Motion to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Complaint (ECF No. 2), Motion for Preliminary Injunction (ECF No. 5), and Motion to Appoint Counsel (ECF No. 3), it is **ORDERED** that:

1.     The Complaint is **DEEMED** filed.

2.     Weir's Complaint is **DISMISSED WITH PREJUDICE**, pursuant to 28 U.S.C. § 1915A for the reasons stated in the Court's Memorandum.

3.     Weir's Motion for Preliminary Injunction is **DENIED**.

4.     Weir's Motion to Appoint Counsel is **DENIED**.

5.     Leave to proceed *in forma pauperis* is **DENIED AS MOOT**.

6.     The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ Harvey Bartle III

**HARVEY BARTLE, III, J.**